JOSEPH SCHLESINGER, Cal. Bar # 87692
Acting Federal Defender
DOUGLAS BEEVERS, Cal. Bar #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LYRA MATTHEWS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00557-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING |
| LYRA MATTHEWS, | |
| Defendant. | Date: February 7, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

The parties request that the revocation hearing in this case be continued from January 31, 2013, to February 7, 2013 at 9:00 a.m. They stipulate that the time between January 31, 2013 and February 7, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review and investigate the facts of the case. The parties stipulate and agree that the interests of    justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy

trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

Dated: January 30, 2013        Respectfully submitted,

                                              JOSEPH SCHLESINGER
                                              Acting Federal Defender

                                              */s/ Douglas Beevers*
                                              _____
                                              DOUGLAS BEEVERS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              LYRA MATTHEWS

Dated: January 30, 2013        BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Olusere Olowoyeye*
                                              _____
                                              OLUSERE OLOWOYEYE
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the revocation hearing presently set for January 31, 2013, be continued to February 7, 2013, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial. It is ordered that time from the date of this Order to and including the February 7, 2013, revocation hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

IT IS SO ORDERED.

Dated: February 1, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE