| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, Cal. Bar # 87692 |
| | Acting Federal Defender |
| 2 | DOUGLAS BEEVERS, Cal. Bar #288639 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | LYRA MATTHEWS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-0557 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE DISPOSITION HEARING |
| | ) | |
| LYRA MATTHEWS | ) | |
| | ) | Date: March 14, 2013 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England |
| _____ | ) | |

The parties request that the Disposition hearing in this case be continued from March 7, 2013, to March 14, 2013 at 9:00 a.m. They stipulate that the time between March 7, 2013 and March 14, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review and investigate the facts of the case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy

trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

Dated: March 6, 2013               Respectfully submitted,

                                   JOSEPH SCHLESINGER
                                   Acting Federal Defender


                                   /s/ Douglas Beevers
                                   _____
                                   DOUGLAS BEEVERS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   LYRA MATTHEWS

Dated: March 6, 2013               BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ Olusere Olowoyeye
                                   _____
                                   OLUSERE OLOWOYEYE
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

///

///

///

///

///

///

| | **ORDER** |
|---|---|
| 1 | |
| 2 | UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is |
| 3 | ordered that the disposition hearing presently set for March 7, 2013, be |
| 4 | continued to March 14, 2013, at 9:00 a.m. Based on the representation of |
| 5 | counsel and good cause appearing therefrom, the Court hereby finds that |
| 6 | the ends of justice to be served by granting a continuance outweigh the |
| 7 | best interests of the public and the defendant in a speedy trial. It is |
| 8 | ordered that time from the date of this Order, to and including, the |
| 9 | March 14, 2013, Disposition hearing shall be excluded from computation of |
| 10 | time within which the trial of this matter must be commenced under the |
| 11 | Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code |
| 12 | T-4. |
| 13 | IT IS SO ORDERED. |
| 14 | Dated: March 8, 2013 |

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE