| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, Cal. Bar # 87692 |
| | Acting Federal Defender |
| 2 | DOUGLAS BEEVERS, Cal. Bar #288639 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorney for Defendant
LYRA MATTHEWS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  2:07-cr-0557 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE DISPOSITION HEARING |
| | ) | |
| LYRA MATTHEWS | ) | |
| | ) | Date: April 4, 2013 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England |
| _____ | ) | |

The parties request that the Disposition hearing in this case be continued from March 14, 2013, to April 4, 2013 at 9:00 a.m. They stipulate that the time between March 14, 2013 and April 4, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review and investigate the facts of the case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy

trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

Dated: March 12, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

*/s/ Douglas Beevers*

DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
LYRA MATTHEWS

Dated: March 12, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Olusere Olowoyeye*

OLUSERE OLOWOYEYE
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the disposition hearing presently set for March 14, 2013, be continued to April 4, 2013, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the April 4, 2013, Disposition hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

IT IS SO ORDERED.

Date: March 13, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE